CIVIX–DDI, LLC, Plaintiff–Appellant,

v.

EXPEDIA, INC., Defendant–Appellee,

and

Verizon Information Services, Inc., Defendant.

No. 05–1422.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2005.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion of CIVIX–DDI, LLC to dismiss its appeal (USDC for ND of IL no. 04–08031),

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.*

(2) Each side shall bear its own costs.

Kevin S. BENJAMIN, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 06–3044.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2005.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

* It is not the practice of this court to dismiss with or without prejudice.